■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT CARBONE, Appellant. — Judgment of the County Court, Rockland County (Gallucci, J.), rendered April 10, 1981, affirmed. No opinion. This case is remitted to the County Court, Rockland County, for further proceedings pursuant to CPL 460.50 (subd 5). Mangano, J. P., Gibbons, O'Connor and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARON JACOBOWITZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Golden, J.), rendered June 12, 1981, convicting him of sexual abuse in the first degree, upon his plea of guilty, and imposing sentence. Judgment reversed, on the law, plea vacated, motion to suppress granted, and matter remitted to Criminal Term for further proceedings consistent herewith. The judgment must be reversed and the plea vacated because the warrant authorizing video surveillance was not executed until 17 days after issuance despite the fact that CPL 690.30 (see *People v Teicher,* 52 NY2d 638) requires execution within 10 days. As a consequence, the fruits of the surveillance and the ˙tangible property seized must be suppressed. Damiani, J. P., Lazer, Gulotta and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO MUNEZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Beldock, J.), rendered November 18, 1980, convicting him of attempted burglary in the third degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Gibbons, O'Connor and Thompson, JJ., concur.

■ ˙THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD SURACE, Appellant. — Appeal by defendant, as limited by his motion, from a resentence of the County Court, Suffolk County (Weissman, J.), imposed July 14, 1981. Resentence affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Lazer, Thompson and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH VALVANO, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Brennan, J.), rendered October 12, 1978, convicting him of burglary in the second degree, upon his plea of guilty, and sentencing him as a "predicate felon". By order of this court dated December 17, 1979 (73 AD2d 653), the case was remitted to Criminal Term to hear and report on defendant's claim that his predicate felony conviction had been obtained in violation of his constitutional rights. In the interim the appeal was held in abeyance. Criminal Term has now complied. Judgment affirmed. No opinion. Titone, J. P., Gulotta, Brown and Rubin, JJ., concur.